E-FILED
Wednesday, 29 June, 2005 12:15:55 PM
Clerk, U.S. District Court, ILCD

ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND
2873 N. Dirksen Parkway, Suite 200
Springfield IL 62702
Telephone: (217) 753-4531

## PARTICIPATION AGREEMENT

Undersigned employer has entered into a Collective Bargaining Agreement (CBA) with Teamsters Local ___371___, affiliated with International Brotherhood, of Teamsters, Chauffeurs, and Warehousemen, containing a promise by the Employer to make contributions to the Illinois Conference of Teamsters & Employers Welfare Fund (Fund) for each employee covered by said CBA for the purpose of providing health and welfare benefits to eligible employees and dependents.

For good and valuable consideration, the Employer hereby agrees to be bound by the Illinois Conference of Teamsters and Employers Welfare Trust amended Trust Agreement as restated July 1, 2001, (Trust Agreement) and by any amendments provided, however, no amendments adopted after the date of this Participation Agreement shall bind this employer for any financial obligation beyond that stated in the CBA between the above named local and this Employer. Employer shall be obligated for interest and other charges for delinquent contributions and for expenses incurred by the Fund by reason of such delinquency.

No contributions are to be made on behalf of a proprietor or partner of the Employer; however, contributions are to be made for employees working under the CBA who may be shareholders of the Employer corporation.

Dated: _July 29, 2004_

S & S Trucking
Employer

By: _Kimberly M. Vuckovic_
Authorized Signer (Titled) _President_

ACCEPTED By
Teamsters Local No. ___371___

_[signature]_ - Vice-President
Authorized Signer (Titled)

ACCEPTED By the Welfare Fund

_____
Authorized Signer (Titled)

Revised 8/20/01

EXHIBIT A