AMENDED AGREEMENT AND DECLARATION OF TRUST
OF
ILLINOIS CONFERENCE OF TEAMSTERS AND EMPLOYERS WELFARE TRUST

This Amended Agreement and Declaration of Trust, made and entered into this 10th day of July, 1975, by and between ILLINOIS CONFERENCE OF TEAMSTERS, for and in behalf of their participating Local Unions, hereafter collectively referred to as "the Union", and THE ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS, CENTRAL ILLINOIS BUILDERS OF THE A.G.C., and THE SOUTHERN ILLINOIS BUILDERS ASSOCIATION, hereafter collectively referred to as the "Associations", acting on behalf of all their Employer members from whom they hold assignments of bargaining rights, and such other Employers who have designated the Association to represent them in this Fund, and ROBERT BARKER, WILLIAM BOUNDS, H. GUY CLAPPER, WAYNE BARBER, W. P. MAUTZ, and JOHN PETRY, hereafter collectively referred to as "the Trustees".

WHEREAS, the Union and the Associations, on behalf of their members, have heretofore entered into an agreement and declaration of trust (hereafter called "Trust Agreement") dated as of May 1, 1967, and the Trustees (or their predecessors) have heretofore accepted said Trust; and

WHEREAS, since that time the Union and the Associations have twice amended said Trust Agreement; and

WHEREAS, the Employees Retirement Income Security Act of 1974 (hereafter called "ERISA") makes certain amendments to said Trust Agreement mandatory and makes other amendments thereto desirable; and



termination of the trusteeship hereunder of any Trustee (other than as set out in Section 4.04 above), a successor Trustee shall be named and appointed promptly by the party or parties which named and appointed his predecessor. In the event the Association entitled to appoint such successor Trustee advises the remaining Trustees that they are unable to secure any person or persons willing to act as such Employer or if it has not appointed a successor within thirty (30) days after such vacancy occurs, the successor shall be appointed by the remaining Associations using the same procedures set out in Section 4.04 hereof. If the remaining Associations using the same procedures set out in Section 4.04 hereof. If the remaining Associations have not named a successor within (30) days after they are entitled to do so, upon written request of any two Trustees, the Chief Judge of the United States District Court for the Eastern District of Illinois shall be empowered to appoint such Trustee from Contributing Employers to fill such vacancy or vacancies to represent Employers hereunder. No vacancy or vacancies in the office of Trustee shall impair the power of the remaining Trustees, as hereinbefore or hereinafter provided, in administering the affairs of the Trust, pending and filling of any vacancy or vacancies.

ARTICLE V - EMPLOYEE BENEFIT PLANS AND BENEFITS

Section 5.01. The Trustees are expressly authorized and empowered to determine, adopt, and put into effect the type of employee benefit plan or plans and benefits, including all eligibility and participation requirements, as they determine

proper and advisable, consistent with the purposes for which this Trust was created as set out in Article II hereof, and considering the amount of money contributed and available therefor. In connection with any such benefit plan, the term "employees" shall, at the discretion of the Trustees, include retired employees and employees who became inactive temporarily due to unemployment, disability or other cause, provided that any such retired or temporarily inactive employee to whom coverage is extended, must have had contributions made on his behalf by his Employer during active employment. Coverage for qualified retired, or temporarily inactive employees may be provided either through contributions made by Employers or by the retired or temporarily inactive employee himself, or by the Trust out of its own funds, and under such terms and conditions as the Trustees may in their discretion determine. The Trustees, in their discretion, may permit employees, on whom Employer contributions had been made, but whose current Employer is delinquent in making contributions, to make self-payments for reasonable periods of time to continue eligibility for benefits until Employer contributions on his behalf are collected. Benefits may be provided through insurance, self-insurance, a combination of insurance and self-insurance, or otherwise; provided, however, that insurance must be carried with qualified insurance carriers as defined in ERISA. The Trustees are empowered, within the limitations set out herein, to change any insurance policy or carrier from time to time, as well as to make

any other plan changes as they determine proper to effectuate the purposes of this Trust.

Section 5.02.   Relevant portions of collective bargaining agreements, written resolutions adopted by the Trustees, relevant portions of this Trust Agreement, insurance policies, booklets and other writings issued or approved by the Trustees which describe plan benefits shall, together with any instrument which itself is termed a "plan", be deemed a part of the employee benefit plan or plans established by the Trustees in determining whether any such plan meets the requirements of ERISA.

ARTICLE VI - FUNCTIONS AND POWERS OF TRUSTEES

Section 6.01.   The Trustees shall operate and administer this Trust, the Fund, and all employee benefit plans formulated hereunder and shall have all general and incidental powers and duties appropriate to the performance of such functions, including, but without limitation, the powers and duties listed in the following sections.   The Trustees shall not, however, have the power, duty or authority to add to or amend the provisions of this Trust Agreement, except to the extent provided in Section 11.02 hereof.

Section 6.02.   The Trustees are authorized and empowered to receive and collect, and to attempt to receive and collect, by resort to the courts or otherwise, all contributions due and payable to the Trust and all other monies or property to which the Trust is entitled, and further, to enforce all of the Trust's rights, titles and interest.   They may adopt rules, regulations,

-11-