# CAVANAGH & O'HARA
## Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

John T. Long

Of Counsel
Michael J. Masterson, P.C.

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

April 18, 2005

**Via Certified Mail**
S & S Trucking
12950 100 Avenue
Davenport, IA 52804

Re:   Illinois Conference of Teamsters & Employers Welfare Fund

Dear Sir/Madam:

Please be advised that this firm represents the Illinois Conference of Teamsters & Employers Welfare Fund. As such, your delinquent contributions for the months of July 2004 through February 2005 have been referred to this office for collection.

Please remit the contribution report forms and applicable payments for the above period to this office *on or before* Monday, May 2, 2005. Due to the late reporting of these contributions, liquidated damages have been assessed at the rate of twelve percent (12%) of the contribution amount. Therefore, when remitting the contributions, please include the assessed liquidated damages.

Please be advised that should you fail to remit these contributions as requested, or otherwise contact this office, a Complaint will be filed against you in the United States District Court. Should this be necessary, you will also be liable for attorneys' fees and costs of collection.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

James P. Moody

cc:   IL Conference of Teamsters & Employers/April Buzzard
      S & S Trucking, via regular mail

JPM/rd
F:\files\ILCONFTE\S & S Trucking\Letter.DMD.wpd


EXHIBIT C

# CAVANAGH & O'HARA
### Attorneys At Law

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody



John T. Long

*Of Counsel*
Michael J. Masterson, P.C.

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

May 5, 2005

**FINAL NOTICE**

*Via Certified Mail*
S & S Trucking
12950 100 Avenue
Davenport, IA 52804

  Re: *Illinois Conference of Teamsters & Employers Welfare Fund*

Dear Sir/Madam:

  As you have been previously advised, this firm represents the Illinois Conference of Teamsters & Employers Welfare Fund. Your company is delinquent in remitting contributions for the months of July 2004 through February 2005 and has been referred to this office for collection.

  Please remit the contribution report forms and applicable payments for the period from July 2004 through February 2005, as well as liquidated damages assessed at the rate of twelve percent (12%), to this office *on or before* Monday, May 16, 2005. Please be advised, this will be the last letter to you prior to our filing a Complaint against you in the United States District Court. Should this be necessary, you will also be liable for attorneys' fees and costs of collection.

  Should you have any questions, please do not hesitate to contact me.

           Very truly yours,

           *James P. Moody /rd*
           James P. Moody

cc: IL Conference of Teamsters & Employers/April Buzzard
   S & S Trucking, via regular mail

JPM/rd
F:\files\ILCONFTE\S & S Trucking\Letter.FNL.DMD.wpd