E-FILED
Wednesday, 29 June, 2005  12:29:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, furnished the following in compliance with Standing Order CDIL of this Court.

(a)   Illinois Conference of Teamsters & Employers Welfare Fund.

(b)   Not applicable.

(c)   CAVANAGH & O'HARA
William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long

DATED this 27th day of June, 2005.

By: ___s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiff
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com