AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND,

    Plaintiff,

**V.**

KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3163

TO: (Name and address of defendant)   **PERSONAL SERVICE ONLY**

Kimberly M. Vuckovic, President
S & S Trucking
12950 100 Avenue
Davenport, IA 52804-9051
Telephone: (563) 381-1727

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
Telephone: (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_[signature]_
CLERK

6/29/2005
DATE

s/ M. Rankin
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                                                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.