E-FILED
Thursday, 14 July, 2005 01:43:17 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL ——— DISTRICT OF ——— ILLINOIS

ILLINOIS CONFERENCE OF TEAMSTERS &
EMPLOYERS WELFARE FUND,

        Plaintiff,

V.

KIMBERLY M. VUCKOVIC d/b/a S & S
TRUCKING,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3163

TO: (Name and address of defendant)    ***PERSONAL SERVICE ONLY***
    Kimberly M. Vuckovic, President
    S & S Trucking
    12950 100 Avenue
    Davenport, IA 52804-9051
    Telephone: (563) 381-1727

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
    James P. Moody
    Cavanagh & O'Hara
    407 East Adams Street
    Springfield, IL 62701
    Telephone: (217) 544-1771

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

XXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX
CLERK

S/ XXXXXXXXXX
(BY) DEPUTY CLERK

6/29/2005
DATE

[RECEIVED 2005 JUL -5 A 11:27 DENNIS CONARD SHERIFF SCOTT COUNTY, IOWA]

IL CONF OF TEAMSTERS& EMPLOYERS )
)
)
vs. )  Case Number 053163
)
)
S&S TRUCKING )

## AFFIDAVIT OF SERVICE OF SUMMONS OUTSIDE ILLINOIS

STATE of IOWA      )
                   )  ss.
County of Scott    )

I am over 21 years of age and not a party to this case. I served the summons and a copy of the complaint upon defendant as follows:

(a) on defendant _____, by leaving a copy of the summons and of the complaint with the defendant personally on _____, at the hour of _____ at _____, County of Scott.

(b) on defendant _____, by leaving on _____, at the hour of _____, a copy of the summons and complaint at _____, Scott County, _____, his usual place of abode with _____, a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending on _____ a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to the defendant at his usual place of abode.

(c) on defendant corporation    **S&S TRUCKING**    , by leaving a copy of the summons and of the complaint    **KIMBERLY VUCKOVIC**    of the corporation on    07/07/2005    , at the hour of    18:34    , at    **MARQUETTE PARK**    , County of Scott.

Fees ........ $  15.00
Mileage ..... $  6.89
Copies ...... $  0.50
Total ....... $  22.39

Scott County Sheriff Dennis Conard

by  0043 - DEP. ROBERT JACKSON
    (Deputy Sheriff)

signed and sworn to before me

July 7, 2005

(Notary Public)

SUNNY BLAESI
Commission Number 727427
My Commission Expires
3-15-07