IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 05-3163 ) |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR ENTRY OF DEFAULT**

NOW COMES Plaintiff, ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Motion for Entry of Default, states as follows:

1. That the Complaint in this matter was filed on June 29, 2005.

2. That on July 7, 2005, Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, was duly served by the Scott County, Iowa, Sheriff with said Complaint and Summons. A copy of the Proof of Service of Summons is attached hereto as Plaintiff's **Exhibit A**.

3. That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4. Attached hereto and incorporated herein is the Affidavit of James P. Moody in Support of the Motion for Entry of Default

WHEREFORE, Plaintiff, ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, prays this Court enter a Default Judgment against Defendant,

KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, in favor of Plaintiff.

                                                    ILLINOIS CONFERENCE OF
                                                  TEAMSTERS & EMPLOYERS WELFARE
                                                  FUND, Plaintiff,

                                          By:   s/ James P. Moody
                                                  **CAVANAGH & O'HARA**
                                                  Attorneys for Plaintiff
                                                  407 East Adams
                                                  Post Office Box 5043
                                                  Springfield, IL  62705
                                                  Telephone:  (217) 544-1771
                                                  Fax: (217) 544-9894
                                                  jim@cavanagh-ohara.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 17th day of October, 2005:

Kimberly M. Vuckovic, President
S&S Trucking
12950 100 Avenue
Davenport, IA 52804-9051

and that the original was filed with the Clerk of the Court in which said cause is pending.

                                            By:  s/ James P. Moody
                                                 **CAVANAGH & O'HARA**
                                                 Attorneys for Plaintiff
                                                 407 East Adams
                                                 Post Office Box 5043
                                                 Springfield, IL  62705
                                                 Telephone: (217) 544-1771
                                                 Fax: (217) 544-9894
                                                 jim@cavanagh-ohara.com