IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING,  )<br>)<br>Defendant.  ) | No. 05-3163 |

### AFFIDAVIT PURSUANT TO STANDING ORDER
### IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiff and in such capacity represents the Plaintiff in the above-entitled and numbered action;

That on July 7, 2005, Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, was duly served with a copy of the Summons and Complaint in this action, as shown by Plaintiff's **Exhibit A**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiff is for delinquent contribution reporting forms and applicable contributions for the months of July 2004 through February 2005, and for any additional months which are unpaid from the date of this filing to the date judgment is entered and attorneys fees and court costs to date in the amount of $961.50, as shown by Plaintiff's **Exhibit B**. That this Affidavit is made for

the purpose of requesting that default judgment be entered against the Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING.

By:   <u>s/ James P. Moody</u>
**CAVANAGH & O'HARA**
Attorneys for Plaintiff
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

Subscribed and sworn to before me this 17th day of October, 2005.

_Paige Campbell_
NOTARY PUBLIC

OFFICIAL SEAL
**PAIGE CAMPBELL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-23-2009