# United States District Court

CENTRAL — DISTRICT OF — ILLINOIS

ILLINOIS CONFERENCE OF TEAMSTERS &
EMPLOYERS WELFARE FUND,

        Plaintiff,

V.

KIMBERLY M. VUCKOVIC d/b/a S & S
TRUCKING,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3163

RECEIVED 2005 JUL -5 A 11: 27 DENNIS CONARD SHERIFF SCOTT COUNTY IOWA

TO: (Name and address of defendant)  **PERSONAL SERVICE ONLY**

Kimberly M. Vuckovic, President
S & S Trucking
12950 100 Avenue
Davenport, IA 52804-9051
Telephone: (563) 381-1727

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
Telephone: (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

XXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXX
CLERK

S/ XXXXXXXXXX
(BY) DEPUTY CLERK

6/29/2005
DATE

IL CONF OF TEAMSTERS & EMPLOYERS )
)
)
vs. ) Case Number 053163
)
)
S&S TRUCKING )

AFFIDAVIT OF SERVICE OF SUMMONS OUTSIDE ILLINOIS

STATE of IOWA )
) ss.
County of Scott )

I am over 21 years of age and not a party to this case. I served the summons and a copy of the complaint upon defendant as follows:

(a) on defendant _____, by leaving a copy of the summons and of the complaint with the defendant personally on _____, at the hour of _____ at _____, County of Scott.

(b) on defendant _____, by leaving on _____, at the hour of _____, a copy of the summons and complaint at _____, Scott County, _____, his usual place of abode with _____, a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending on _____ a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to the defendant at his usual place of abode.

(c) on defendant corporation **S&S TRUCKING**, by leaving a copy of the summons and of the complaint **KIMBERLY VUCKOVIC** of the corporation on 07/07/2005, at the hour of 18:34, at **MARQUETTE PARK**, County of Scott.

Fees ........ $ 15.00
Mileage ..... $ 6.89
Copies ...... $ 0.50
Total ....... $ 22.39

Capt. Michael K Bro
Scott County Sheriff Dennis Conard

by 0043 - DEP. ROBERT JACKSON
(Deputy Sheriff)

signed and sworn to before me

July 7, 2005

Sunny Blaesi
(Notary Public)

SUNNY BLAESI
Commission Number 727427
My Commission Expires
3-15-07