E-FILED
Friday, 21 October, 2005  04:21:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 05-3163 |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT
OR, IN THE ALTERNATIVE, MOTION FOR AN
ACCOUNTING/EVIDENTIARY HEARING**

NOW COMES Plaintiff, ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment, or in the alternative, Motion for an Accounting/Evidentiary Hearing against the Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, and in support thereof, states:

1.  That the Complaint in this matter was filed on June 29, 2005.

2.  That on July 7, 2005, Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, was duly served by the Scott County, Iowa, Sheriff with said Complaint and Summons.

3.  That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4.  That this Honorable Court entered an Order of Default on the 19th day of October, 2005.

5. That Plaintiff is entitled to attorney fees in the amount of $961.50 incurred in this matter. Attached hereto and incorporated herein, as **Exhibit A**, is the Amended Affidavit in Support of Attorney Fees of James P. Moody.

WHEREFORE, Plaintiff prays for Judgment against the Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, as follows:

A. That Defendant be ordered to remit to Plaintiff contribution reporting forms for the period of July 2004 through present; or, in the alternative, that Defendant be required to appear before the Honorable Court and provide to Plaintiff the applicable reporting forms for the period of July 2004 through February 2005 so that a sum certain may be established;

B. That Judgment be entered in favor of the Plaintiff and against the Defendant for delinquent contributions for the period of July 2004 through present, and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

C. That Judgment be entered in favor of the Plaintiff and against the Defendant for penalties and interest incurred as a result of continuous late reporting of contributions for the period of July 2004 through present, and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

D. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiff, particularly to furnish to the Plaintiff the required contribution reports and payments heretofore referred to;

E. That Defendant be decreed to pay to the Plaintiff its attorney fees to date in the amount of $961.50, as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the trust agreement;

F. That Defendant be decreed to pay all costs attendant to the cost of these

proceedings;

      G.      That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

                                        ILLINOIS CONFERENCE OF
                                        TEAMSTERS & EMPLOYERS WELFARE
                                        FUND, Plaintiff,

                        By:    s/ James P. Moody
                                        **CAVANAGH & O'HARA**
                                        Attorneys for Plaintiff
                                        407 East Adams
                                        Post Office Box 5043
                                        Springfield, IL  62705
                                        Telephone:  (217) 544-1771
                                        Fax: (217) 544-9894
                                        jim@cavanagh-ohara.com

## PROOF OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 21st day of October, 2005:

        Kimberly M. Vuckovic, President
        S&S Trucking
        12950 100 Avenue
        Davenport, IA 52804-9051

and that the original was filed with the Clerk of the Court in which said cause is pending.

    By:   s/ James P. Moody
        **CAVANAGH & O'HARA**
        Attorneys for Plaintiff
        407 East Adams
        Post Office Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Fax: (217) 544-9894
        jim@cavanagh-ohara.com