IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 05-3163 |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) | |
| Defendant. | ) ) | |

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| **DATE** | **DESCRIPTION** | **HOURS** |
|---|---|---|
| 04/18/05 | Received and reviewed correspondence from April Buzzard of Fund Office regarding delinquent contributions and liquidated damages due the Fund. | 0.10 |
| | Letter to employer, via certified and regular mail, regarding delinquent contributions due to rate increase and relative liquidated damages. | 0.40 |
| 05/05/05 | Review file; Preparation of final notice letter to employer, via certified and regular mail, demanding payment. | 0.40 |
| 05/16/05 | Transmittal of correspondence to April Buzzard confirming delinquencies to date and filing suit. | 0.10 |

| Date | Description | Hours |
|---|---|---|
| 06/14/05 | Review file; Research Iowa Secretary of State with regard to corporate information; Employer is an "inactive" corporation; Preparation of draft Complaint for collection of delinquencies; Preparation of draft Civil Cover Sheet, Certificate of Interest and Summons; Preparation of draft Affidavit in Support of Attorney's Fees; Telephone conference with Scott County Sheriff regarding fee for service; Begin assembly of exhibits. | 2.00 |
| 06/27/05 | Review Complaint; Revise same. | 0.50 |
| 6/27/05 | Finalize Complaint, Affidavit in Support of Attorney Fees, Civil Cover Sheet, Certificate of Interest and Summons; Forward same to U.S. District Court, via e-mail, for opening of new case. | 1.00 |
| 06/30/05 | Received and reviewed issued Summons and filed with U. S. District Court via e-file | 0.30 |
| 07/27/05 | Review file; Preparation of draft Default Judgment pleadings; Preparation of draft Amended Affidavit in Support of Attorney Fees. | 1.00 |
| 09/28/05 | Revise and finalize Motion for Default or in the alternative Motion for an Accounting/Evidentiary Hearing, Affidavits in Support and proposed Orders | 0.50 |
| 10/17/05 | Assemble of pleadings with exhibits; Transmittal of same to U.S. District Court via e-file; Forward copy of same to Defendant. | 0.50 |

|  |  |  |
|---|---|---|
|  | TOTAL HOURS 6.60 X $90.00 PER HOUR | $594.00 |
|  | TOTAL HOURS 0.50 X $175.00 PER HOUR | $87.50 |
| 06/27/05 | U.S. District Court – Filing Fees | $250.00 |
| 06/30/05 | Scott County Sheriff – Service Fees | $30.00 |
|  | **TOTAL FEES AND COSTS** | **$961.50** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

By:   s/ James P. Moody
**CAVANAGH & O'HARA**
Attorneys for Plaintiff
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 21st day of October, 2005.

_____
Notary Public