IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  No. 05-3163 |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) ) |
| Defendant. | ) |

**ORDER FOR PRODUCTION OF RECORDS**

This cause coming to be heard before the Court upon Plaintiff's Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing. The Court, being fully advised in the premises, finds that Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

Plaintiffs' Motion asks that the Court order an accounting of the amount owing from Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, to the Plaintiff for unpaid contributions for the period of July 2004 through present.

THEREFORE, the Court hereby orders Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, to appear and produce any and all contribution reporting forms pertinent to this action for the period from July 2004 through the date of this order, at the law office of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on December 21, 2005 at 1:00 p.m.

The Court reserves ruling on Plaintiffs' Motion for Default Judgment until such an accounting has taken place. Plaintiff is directed to notify the Court of the actual amount owed for unpaid contributions when it has been determined.

ENTERED this _____ day of _____, 2005.

_____
**United States Judge Jeanne Scott**