IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No.  05-3163 |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, ) ) ) | |
| Defendant. ) | |

### NOTICE OF FILING OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

TO:  Kimberly M. Vuckovic, President
S&S Trucking
12950 100 Avenue
Davenport, IA 52804-9051

NOTICE IS HEREBY GIVEN to you that the Plaintiff, ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, by and through its attorneys filed a Motion for Default Judgment or, in the alternative, Motion for an Accounting/Evidentiary Hearing against you on the 21st day of October, 2005.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiff's Motion without further notice to you seven (7) days after filing.

DATED this 21st day of October, 2005.

ILLINOIS CONFERENCE OF
TEAMSTERS & EMPLOYERS WELFARE
FUND, Plaintiff,

By:   s/ James P. Moody
**CAVANAGH & O'HARA**
Attorneys for Plaintiff
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771