E-FILED
Wednesday, 16 November, 2005  04:48:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, )<br>)<br>Defendant. ) | No. 05-3163 |

## ORDER FOR PRODUCTION OF RECORDS

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Plaintiff's Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing (d/e 7). The Court, being fully advised in the premises, finds that Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

Plaintiff's Motion asks that the Court order an accounting of the amount owing from Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S

1

TRUCKING, to the Plaintiff for unpaid contributions for the period of July 2004 through present.

THEREFORE, the Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing (d/e 7) is ALLOWED in part.  The Court hereby orders Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, to appear and produce any and all contribution reporting forms pertinent to this action for the period from July 2004 through the date of this Order, at the law office of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on December 21, 2005 at 1:00 p.m.

The Court denies Plaintiff's request for default judgment without prejudice at this time.  Plaintiff may renew the Motion when the accounting has taken place and the actual amount owed for unpaid contributions has been determined.

IT IS THEREFORE SO ORDERED.

ENTER:  November 16, 2005.

    FOR THE COURT:

                            s/ Jeanne E. Scott
                             JEANNE E. SCOTT
                             UNITED STATES DISTRICT JUDGE