E-FILED
Thursday, 23 February, 2006 03:53:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | No. 05-3163 |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) ) | |
| Defendant. | ) | |

**PETITION FOR RULE TO SHOW CAUSE**

NOW COMES Plaintiff, ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Petition For Rule To Show Cause, states to the Court as follows:

1. That on November 16, 2005, this Court entered an Order for Production of Records upon the Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING.

2. Pursuant to the Order for Production of Records, this Court ordered that the Defendant appear and produce any and all contribution reporting forms pertinent to this action for the period from July 2004 through November 16, 2005 at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on December 21, 2005, at 1:00 p.m.

3. Defendant has failed to produce records as ordered by this Court.

WHEREFORE, Plaintiffs pray that this Court enter an order upon the Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, for her to show what cause, if any she has, why she should not be held in contempt of Court for her failure to comply with the previous Order entered herein.

Respectfully submitted,

ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, Plaintiff,

By: ___s/ James P. Moody___
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

STATE OF ILLINOIS  )
                   : ss
COUNTY OF SANGAMON )

**VERIFICATION**

I, JAMES P. MOODY, being first duly sworn upon oath, depose and state that I have read the foregoing instrument, understand the contents thereof, believe the same to be true and correct to the best of my knowledge and belief and have affixed my signature thereto for the uses and purposes therein set forth.

___s/ James P. Moody___

Subscribed and sworn to before me, a Notary Public, this 23rd day of February, 2006.

_____   Signature
NOTARY PUBLIC                Redacted-PJR

"OFFICIAL SEAL"
Cherie L. Starkweather
Notary Public, State of Illinois
My Commission Exp. 06/27/2009

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 23rd day of February, 2006:

> Kimberly M. Vuckovic, President
> S&S Trucking
> 12950 100 Avenue
> Davenport, IA 52804-9051

and that the original was filed with the Clerk of the Court in which said cause is pending.

By: ___s/ James P. Moody___
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

F:\files\ILCONFTE\S & S Trucking\PetRTSC.wpd