E-FILED
Tuesday, 28 February, 2006  09:14:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE ) OF TEAMSTERS & EMPLOYERS ) WELFARE FUND, ) ) Plaintiff, ) ) v. ) ) KIMBERLY M. VUCKOVIC ) d/b/a S & S TRUCKING, ) ) Defendant. ) | No. 05-3163 |

## OPINION FOR RULE TO SHOW CAUSE

JEANNE E. SCOTT, U.S. District Judge:

This cause coming on to be heard upon the verified petition of the ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, and the Court having reviewed same, finds that same should be granted.

THEREFORE, the Petition for Rule to Show Cause (d/e 9) is ALLOWED. Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, is hereby ordered to appear in person before this Court on March 31, 2006, at 10:00 a.m., at the United States District Court, Central

1

District of Illinois, 600 East Monroe Street, Springfield, Illinois, to show cause why she should not be held in contempt of Court for her failure to abide by the Order of this Court entered against her on November 16, 2005.

The Plaintiff is directed to serve Defendant Kimberly M. Vuckovic personally with a copy of this Opinion.

IT IS THEREFORE SO ORDERED.

ENTER:  February 28, 2006.

    FOR THE COURT:

                                                s/ Jeanne E. Scott
                                            JEANNE E. SCOTT
                                  UNITED STATES DISTRICT JUDGE