E-FILED
Tuesday, 14 March, 2006  01:07:21 PM
Clerk, U.S. District Court, ILCD

IL CONF OF TEAMSTERS & EMPLOYERS )
)
vs. )
)
)
KIMBERLY M VUCKOVIC )

Case Number 053163

## AFFIDAVIT OF SERVICE OF SUMMONS OUTSIDE ILLINOIS

STATE of IOWA )
) ss.
County of Scott )

I am over 21 years of age and not a party to this case. I served the summons and a copy of the complaint upon defendant as follows:

(a) on defendant **KIMBERLY M VUCKOVIC**, by leaving a copy of the summons and of the complaint with the defendant personally on **03/08/2006**, at the hour of **12:57** at **12950 100 AV**, County of Scott.

(b) on defendant _____, by leaving on _____, at the hour of _____, a copy of the summons and complaint at _____, Scott County, _____, his usual place of abode with _____, a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending on _____ a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to the defendant at his usual place of abode.

(c) on defendant corporation _____, by leaving a copy of the summons and of the complaint _____ of the corporation on _____, at the hour of _____, at _____, County of Scott.

Scott County Sheriff Dennis Conard **SIGNATURE REDACTED** PJR

| Fees......$ | 15.00 |
| Mileage....$ | 7.12 |
| Copies.....$ | 0.50 |
| Total......$ | 22.62 |

by **0044 - DEP. CHAD CRIBB**
(Deputy Sheriff)

signed and sworn to before me

_____ March 8, 20 06
(Notary Public)

**SIGNATURE REDACTED** PJR

SUNNY BLAESI
Commission Number 727427
My Commission Expires
3-15-07

IL CONF OF TEAMSTERS & EMPLOYERS )
)
vs. )
)  Case Number 053163
)
KIMBERLY M VUCKOVIC )

## AFFIDAVIT OF SERVICE OF SUMMONS OUTSIDE ILLINOIS

STATE of IOWA )
) ss.
County of Scott )

I am over 21 years of age and not a party to this case. I served the summons and a copy of the complaint upon defendant as follows:

3:05-cv-03163-JES-BGC    # 10    Page 3 of 4

E-FILED
Tuesday, 28 February, 2006 09:14:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 05-3163 |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) | |
| Defendant. | ) | |

## OPINION FOR RULE TO SHOW CAUSE

JEANNE E. SCOTT, U.S. District Judge:

This cause coming on to be heard upon the verified petition of the ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, and the Court having reviewed same, finds that same should be granted.

THEREFORE, the Petition for Rule to Show Cause (d/e 9) is ALLOWED. Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, is hereby ordered to appear in person before this Court on March 31, 2006, at 10:00 a.m., at the United States District Court, Central

District of Illinois, 600 East Monroe Street, Springfield, Illinois, to show cause why she should not be held in contempt of Court for her failure to abide by the Order of this Court entered against her on November 16, 2005.

The Plaintiff is directed to serve Defendant Kimberly M. Vuckovic personally with a copy of this Opinion.

IT IS THEREFORE SO ORDERED.

ENTER: February 28, 2006.

    FOR THE COURT:

                                        s/ Jeanne E. Scott
                                        JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE