E-FILED
Monday, 11 September, 2006  02:13:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | No. 05-3163 |
| ) KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, ) ) ) ) | |
| Defendant. ) | |

### MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, and in support thereof, states:

1. That the Complaint in this matter was filed on June 29, 2005.

2. That on July 7, 2005, Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, was duly served by the Scott County, Iowa, Sheriff with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4. That this Honorable Court entered an Order of Default on October 19, 2005.

5. Plaintiff filed a Motion for Default Judgment Or, In The Alternative, Motion for an Accounting/Evidentiary Hearing on October 21, 2005. The Court allowed such Motion for Default insofar as it sought a general determination of liability. An accounting was required to

determine the exact amount owed.

6.   Defendant remitted the contribution reporting forms for the period of July 2004 through February 2005 revealing that Defendant owes Plaintiff contributions in the amount of $2,232.75 as shown below:

| | |
|---|---|
| July 2004 | $1,046.50 |
| August 2004 | 682.50 |
| September 2004 | 74.75 |
| October 2004 | 370.50 |
| November 2004 | 58.50 |
| December 2004 | 0 |
| January 2005 | 0 |
| February 2005 | 0 |
| Total | $2,232.75 |

See contribution reporting forms attached hereto and incorporated herein as **Exhibit A**.

7.   That Plaintiff is entitled to attorney fees in the amount of $2,861.12 incurred in this matter. Attached hereto and incorporated herein as **Exhibit B** is the Amended Affidavit in Support of Attorney Fees of James P. Moody.

8.   Plaintiff is entitled to liquidated damages (12%) in the amount of $267.93 and interest (1% per month) in the amount of $469.44, as provided by the Trust Agreement. Attached hereto and incorporated herein as **Exhibit C** is Plaintiff's July 13, 2006 demand to Defendant for delinquent contributions, liquidated damages and interest.

WHEREFORE, Plaintiff prays for Judgment against the Defendant, KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, as follows:

A.   That Judgment be entered in favor of the Plaintiff and against the Defendant for delinquency contributions for the period of July 2004 through February 2005 in the amount of $2,232.75;

B.	That Defendant be decreed to pay to Plaintiff its attorney fees and costs to date in the amount of $2,861.12, as provided by the Trust Agreement and ERISA, 29 U.S.C. Section 1132(g)(2);

C.	That Judgment be entered in favor of the Plaintiff and against the Defendant for liquidated damages in the amount of $267.93 and interest in the amount of $469.44, as provided by the Trust Agreement;

D.	That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

ILLINOIS CONFERENCE OF
TEAMSTERS & EMPLOYERS WELFARE
FUND, Plaintiff,


By:   s/ James P. Moody
	**CAVANAGH & O'HARA**
	Attorneys for Plaintiff
	407 East Adams
	Post Office Box 5043
	Springfield, IL  62705
	Telephone:  (217) 544-1771
	Fax: (217) 544-9894
	jim@cavanagh-ohara.com

## PROOF OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 11th day of September 2006:

Kimberly M. Vuckovic, President
S&S Trucking
12950 100 Avenue
Davenport, IA 52804-9051

and that the original was filed with the Clerk of the Court in which said cause is pending.

            By: s/ James P. Moody
              **CAVANAGH & O'HARA**
              Attorneys for Plaintiff
              407 East Adams
              Post Office Box 5043
              Springfield, IL  62705
              Telephone:  (217) 544-1771
              Fax: (217) 544-9894
              jim@cavanagh-ohara.com