E-FILED
Monday, 11 September, 2006 02:13:59 PM
Clerk, U.S. District Court, ILCD

ILLINOIS CONF OF TEAMSTERS & EMPLOYERS H&W
ZENITH ADMINISTRATORS
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO  63045
(314)344-8899

ACCOUNT STATEMENT
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND

INSTRUCTIONS:
MAKE CHECK PAYABLE TO:
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO  63045

CO # 00002894   CONF2

S&S TRUCKING
12950 100 AVENUE
DAVENPORT, IA 52804

FOR WORK:  July 2004
DUE DATE:

| EMPLOYEE NAME (LAST NAME FIRST) | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED |
|---|---|---|
| De Shane, Milton | | 66 |
| Vuckovic, Samuel | | 95 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INDUSTRY ADVANCEMENT FUND (IF APPLICABLE)
_____ hours x $.075 per hour = $_____
Make separate Check Payable To: Industry Advancement Fund. 161  ALL HOURS @ $6.50 = _1046.50___

I declare under penalty of perjury that this report has been prepared by me and to the best of my
knowledge it is true, correct and a complete report of all men worked under this welfare program.



EXHIBIT
A

BY

ILLINOIS CONF. OF TEAMSTERS & EMPLOYERS H&W
ZENITH ADMINISTRATORS
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO 63045
(314)344-8899

**ACCOUNT STATEMENT**
ILLINOIS CONF. OF TEAMSTERS
& EMPLOYERS WELFARE FUND

**INSTRUCTIONS:**
MAKE CHECK PAYABLE TO:
ILLINOIS CONF. OF TEAMSTERS
& EMPLOYERS WELFARE FUND
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO 63045

CO # 00002894   CONF2

S&S TRUCKING
12950 100 AVENUE
DAVENPORT, IA 52804

FOR WORK: August 2004
DUE DATE:

| EMPLOYEE NAME (LAST NAME FIRST) | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED |
|---|---|---|
| **Vuckovic, Samuel** | | 105 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INDUSTRY ADVANCEMENT FUND (IF APPLICABLE)
_____ hours x $.075 per hour = $_____
Make separate Check Payable To: Industry Advancement Fund.   105 ALL HOURS @ $6.50  = _682.50____

I declare under penalty of perjury that this report has been prepared by me and to the best of my
knowledge it is true, correct and a complete report of all men worked under this welfare program.

_____

BY

ILLINOIS CONF OF TEAMSTERS & EMPLOYERS H&W
ZENITH ADMINISTRATORS
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO 63045
(314)344-8899

**ACCOUNT STATEMENT**
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND

**INSTRUCTIONS:**
MAKE CHECK PAYABLE TO:
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO 63045

CO # 00002894   CONF2

S&S TRUCKING
12950 100 AVENUE
DAVENPORT, IA 52804

FOR WORK: Sept. 2004
DUE DATE:

| EMPLOYEE NAME (LAST NAME FIRST) | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED |
|---|---|---|
| **Vuckovic, Samuel** | | 11.5 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INDUSTRY ADVANCEMENT FUND (IF APPLICABLE)
_____ hours x $.075 per hour = $ _____
Make separate Check Payable To: Industry Advancement Fund. 11.5 ALL HOURS @ $6.50 = _74.75_____

I declare under penalty of perjury that this report has been prepared by me and to the best of my
knowledge it is true, correct and a complete report of all men worked under this welfare program.

            _____

            BY

ILLINOIS CONF OF TEAMSTERS & EMPLOYERS H&W
ZENITH ADMINISTRATORS
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO 63045
(314)344-8899

**ACCOUNT STATEMENT**
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND

**INSTRUCTIONS:**
MAKE CHECK PAYABLE TO:
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO 63045

CO # 00002894  CONF2

S&S TRUCKING
12950 100 AVENUE
DAVENPORT, IA 52804

FOR WORK: Oct. 2004
DUE DATE:

| EMPLOYEE NAME (LAST NAME FIRST) | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED |
|---|---|---|
| **Vuckovic, Samuel** | | 57 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INDUSTRY ADVANCEMENT FUND (IF APPLICABLE)
_____ hours x $.075 per hour = $ _____
Make separate Check Payable To: Industry Advancement Fund. 57 ALL HOURS @ $6.50  = _370.50_____

I declare under penalty of perjury that this report has been prepared by me and to the best of my
knowledge it is true, correct and a complete report of all men worked under this welfare program.

_____

BY

ILLINOIS CONF OF TEAMSTERS & EMPLOYERS H&W
ZENITH ADMINISTRATORS
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO 63045
(314)344-8899

# ACCOUNT STATEMENT
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND

**INSTRUCTIONS:**
MAKE CHECK PAYABLE TO:
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO 63045

CO # 00002894   CONF2

S&S TRUCKING
12950 100 AVENUE
DAVENPORT, IA 52804

FOR WORK: Nov. 2004
DUE DATE:

| EMPLOYEE NAME (LAST NAME FIRST) | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED |
|---|---|---|
| **Vuckovic, Samuel** | | 9 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INDUSTRY ADVANCEMENT FUND (IF APPLICABLE)
_____ hours x $.075 per hour = $_____
Make separate Check Payable To: Industry Advancement Fund. 9 ALL HOURS @ $6.50 = __58.50_____

I declare under penalty of perjury that this report has been prepared by me and to the best of my
knowledge it is true, correct and a complete report of all men worked under this welfare program.

_____

BY

ILLINOIS CONF OF TEAMSTERS & EMPLOYERS H&W
ZENITH ADMINISTRATORS
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO  63045
(314)344-8899

CO # 00002894   CONF2

S&S TRUCKING
12950 100 AVENUE
DAVENPORT, IA  52804

# ACCOUNT STATEMENT

ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND

**INSTRUCTIONS:**
MAKE CHECK PAYABLE TO:
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND
4260 SHORELINE DR. SUITE 170
 EARTH CITY, MO  63045

FOR WORK:  Dec. 2004
DUE DATE:

| EMPLOYEE NAME (LAST NAME FIRST) | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED |
|---|---|---|
| **NONE** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INDUSTRY ADVANCEMENT FUND (IF APPLICABLE)
_____  hours x $.075 per hour = $_____
Make separate Check Payable To: Industry Advancement Fund.          ALL HOURS @    $6.50  = _____

I declare under penalty of perjury that this report has been prepared by me and to the best of my
knowledge it is true, correct and a complete report of all men worked under this welfare program.          _____

                                                                                                    BY

ILLINOIS CONF. OF TEAMSTERS & EMPLOYERS H&W
ZENITH ADMINISTRATORS
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO  63045
(314)344-8899

**ACCOUNT STATEMENT**
ILLINOIS CONF. OF TEAMSTERS
 & EMPLOYERS WELFARE FUND

**INSTRUCTIONS:**
MAKE CHECK PAYABLE TO:
ILLINOIS CONF. OF TEAMSTERS
& EMPLOYERS WELFARE FUND
4260 SHORELINE DR. SUITE 170
 EARTH CITY, MO  63045

CO # 00002894   CONF2

S&S TRUCKING
12950 100 AVENUE
DAVENPORT, IA  52804

FOR WORK:  Jan. 2005
DUE DATE:

| EMPLOYEE NAME (LAST NAME FIRST) | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED |
|---|---|---|
| **NONE** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INDUSTRY ADVANCEMENT FUND (IF APPLICABLE)
_____ hours x $.075 per hour = $_____
Make separate Check Payable To: Industry Advancement Fund.

ALL HOURS @    $6.50  = _____

I declare under penalty of perjury that this report has been prepared by me and to the best of my
knowledge it is true, correct and a complete report of all men worked under this welfare program.

_____

BY

ILLINOIS CONF OF TEAMSTERS & EMPLOYERS H&W
ZENITH ADMINISTRATORS
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO  63045
(314)344-8899

## ACCOUNT STATEMENT

ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND

## INSTRUCTIONS:

MAKE CHECK PAYABLE TO:
ILLINOIS CONF OF TEAMSTERS
& EMPLOYERS WELFARE FUND
4260 SHORELINE DR. SUITE 170
EARTH CITY, MO  63045

CO # 00002894   CONF2

S&S TRUCKING
12950 100 AVENUE
DAVENPORT, IA 52804

FOR WORK:  Feb. 2005
DUE DATE:

| EMPLOYEE NAME (LAST NAME FIRST) | SOCIAL SECURITY NUMBER | TOTAL HOURS WORKED |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

INDUSTRY ADVANCEMENT FUND (IF APPLICABLE)
_____ hours x $.075 per hour = $_____
Make separate Check Payable To: Industry Advancement Fund.          ALL HOURS @    $6.50  = _____

I declare under penalty of perjury that this report has been prepared by me and to the best of my
knowledge it is true, correct and a complete report of all men worked under this welfare program.          _____

BY