IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05-3163 ) |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) ) |
| Defendant. | ) |

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 04/18/05 | Received and reviewed correspondence from April Buzzard of Fund Office regarding delinquent contributions and liquidated damages due the Fund. | 0.10 |
| | Letter to employer, via certified and regular mail, regarding delinquent contributions due to rate increase and relative liquidated damages. | 0.40 |
| 05/05/05 | Review file; Preparation of final notice letter to employer, via certified and regular mail, demanding payment. | 0.40 |
| 05/16/05 | Transmittal of correspondence to April Buzzard confirming delinquencies to date and filing suit. | 0.10 |

EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 06/14/05 | Review file; Research Iowa Secretary of State with regard to corporate information; Employer is an "inactive" corporation; Preparation of draft Complaint for collection of delinquencies; Preparation of draft Civil Cover Sheet, Certificate of Interest and Summons; Preparation of draft Affidavit in Support of Attorney's Fees; Telephone conference with Scott County Sheriff regarding fee for service; Begin assembly of exhibits. | 2.00 |
| 06/27/05 | Review Complaint; Revise same. | 0.50 |
| 6/27/05 | Finalize Complaint, Affidavit in Support of Attorney Fees, Civil Cover Sheet, Certificate of Interest and Summons; Forward same to U.S. District Court, via e-mail, for opening of new case. | 1.00 |
| 06/30/05 | Received and reviewed issued Summons and filed with U. S. District Court via e-file | 0.30 |
| 07/27/05 | Review file; Preparation of draft Default Judgment pleadings; Preparation of draft Amended Affidavit in Support of Attorney Fees. | 1.00 |
| 09/28/05 | Revise and finalize Motion for Default or in the alternative Motion for an Accounting/Evidentiary Hearing, Affidavits in Support and proposed Orders | 0.50 |
| 10/17/05 | Assemble of pleadings with exhibits; Transmittal of same to U.S. District Court via e-file; Forward copy of same to Defendant. | 0.50 |
| 10/17/05 | Received and reviewed file-stamped Motion for Entry of Default Judgment with attached exhibits. | .20 |
| 10/21/05 | Revise and finalize Motion for Default, Order, Notice of Filing, Amended Affidavit of Attorney Fees; transmittal of same to U.S. District Court via e-file; copy to Defendant. | .50 |
| 12/06/05 | Review file regarding status of documents to be produced; update Delinquency Status Report. | .40 |
| 01/09/06 | Revise Status Report; calendar response date. | .10 |
| 02/07/06 | Received and reviewed text order from U.S. District Court regarding Status Report or proceed; calendared. | .15 |

| | | |
|---|---|---|
| | Review file regarding status of records to be produced; letter to Defendant regarding same; calendar response date; update Status Report. | .90 |
| 02/22/06 | Review file regarding status of documents to be produced; preparation of Petition for Rule to Show Cause. | 1.10 |
| 02/23/06 | Review of Rule to Show Cause; review of record for registered agent; left message with registered agent and owner Kim Vuckovic. | .50 |
| | Redaction of signatures; conversion and e-file with U.S. District Court of Petition for Rule to Show Cause; email proposed Order to Judge. | .60 |
| 03/01/06 | Letter to Scott County, Iowa, Sheriff for service of Opinion for Rule to Show Cause. | .50 |
| 03/10/06 | Received and reviewed email from Kim Vuckovic; preparation of email response regarding contribution report forms. | .30 |
| 03/14/06 | Received and reviewed Affidavit of Service of Opinion for Rule to Show Cause; conversion and e-file with U.S. District Court of same. | .60 |
| | Received and reviewed file-stamped Affidavit of Service. | .10 |
| 03/20/06 | Received and reviewed email from Kim Vuckovic regarding documentation needed. | .10 |
| 03/27/06 | Received and reviewed email from Kim Vuckovic with attached information regarding payments to Health an Welfare and Pension. | .10 |
| 03/29/06 | Received and reviewed letter from Kim Vuckovic regarding Rule to Show Cause; request for data; review file. | .50 |
| 03/30/06 | Preparation of email to Jeanne Lawber at Zenith Administrators to obtain blank contribution report forms. | .10 |
| | Conference with Kim Vuckovic regarding labor agreement; conference with Local 371 regarding Power House Maintenance Agreement; Review of Agreement between Associated Contractors of Quad Cities and Local 341. | 1.50 |
| | Received and reviewed text order from U.S. District Court canceling Order for Rule to Show Cause hearing. | .10 |

| | | |
|---|---|---|
| 04/06/06 | Received and reviewed email from Tom Rhodes regarding blank contribution report forms; received and reviewed fax from Donna Vogt with Zenith of blank report forms; email to Kim Vuckovic of blank report forms to fill out and return. | .30 |
| 04/07/06 | Review file regarding status; update Status Report. | .20 |
| 04/28/06 | Email to Kim Vuckovic regarding report forms. | .10 |
| 05/31/06 | Received and reviewed email from Kim Vuckovic with attached completed contribution report forms. | .15 |
| 06/06/06 | Telephone conference with Kim Vuckovic regarding proposed payment plan. | .10 |
| 06/09/06 | Received and reviewed text order regarding Order for Rule to Show Cause moot. | .10 |
| 06/21/06 | Telephone conference with Kim Vuckovic regarding proposed payment amount; left message. | .10 |
| 06/28/06 | Review of file; email Kim Vuckovic, owner of company. | 1.10 |
| 07/06/06 | Calculate attorney fees and costs. | .50 |
| | Fax to Donna Vogt with Zenith of completed contribution report forms. | .20 |
| 07/12/06 | Received and reviewed email from Donna Vogt with Zenith with calculation of liquidated damages and interest; update status report. | .30 |
| 07/13/06 | Letter to Kim Vuckovic demanding payment or payment plan via certified and regular mail. | 1.00 |
| 07/21/06 | Telephone conference with KimVuckovic regarding filing Motion for Default Judgment on Monday; email to Kim Vuckovic. | .10 |
| 07/24/06 | Received and reviewed email from Kim Vuckovic regarding payment plan; email response to Kim Vuckovic. | .20 |
| 08/30/06 | Review file; preparation of Motion for Default Judgment; assemble exhibits. | 1.30 |
| 08/31/06 | Prepare Affidavit of Attorney Fees. | 1.00 |
| 09/08/06 | Review Motion for Default Judgment with exhibits. | .40 |
| 09/11/06 | Redaction of signatures; conversion and e-file with U.S. District Court Motion for Default Judgment. | .50 |

| | | |
|---|---|---:|
| | TOTAL HOURS 18.0 X $90.00 PER HOUR | $1,620.00 |
| | TOTAL HOURS 0.50 X $175.00 PER HOUR | $87.50 |
| | TOTAL HOURS 4.6 X $185.00 PER HOUR | $851.00 |
| 06/27/05 | U.S. District Court – Filing Fees | $250.00 |
| 06/30/05 | Scott County Sheriff – Service Fees | $30.00 |
| 03/01/06 | Scott County Sheriff – Service Fees | $22.62 |
| | **TOTAL FEES AND COSTS** | **$2,861.12** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

By: ___s/ James P. Moody___
**CAVANAGH & O'HARA**
Attorneys for Plaintiff
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 11th day of September 2006.

_____
Notary Public

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

SIGNATURE REDACTED