William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle

Of Counsel
Michael J. Masterson, P.C.

& O'Hara
Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

July 13, 2006

*Via Certified & Regular Mail*
Ms. Kimberly M. Vuckovic, President
S&S Trucking
12950 100 Avenue
Davenport, IA 52804-9051

Re:   Illinois Conference of Teamsters & Employers Welfare Fund v. Kimberly M. Vuckovic d/b/a S&S Trucking

Dear Ms. Vuckovic:

As you know, we represent the Illinois Conference of Teamsters & Employers Welfare Fund. The Fund has determined based on the contribution report forms you remitted for July 2004 through February 2005 that your company owes delinquent contributions in the amount of $2,232.75, plus liquidated damages (12%) in the amount of $267.93 and interest (1% per month) in the amount of $469.44. Additionally, attorney fees are owed in the amount of $2,236.01, for a total amount due of $5,206.13.

Please call our office to arrange a payment plan or remit a check made payable to "Illinois Conference of Teamsters & Employers Welfare Fund" in the amount of $5,206.13 to this office *on or before* **Monday, July 24, 2006**. Please be advised that should you fail to remit these contributions as requested, or otherwise contact this office, we will file a Motion for Default Judgment. Should this be necessary, you will also be liable for additional attorney fees and costs of collection.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

James P. Moody

**SIGNATURE REDACTED**

JPM:pjr

EXHIBIT
C

F:\files\ILCONFTE\S & S Trucking\Letter.DMD.payplan.wpd