IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS' WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  No. 05-3163 ) |
| KIMBERLY M. VUCKOVIC d/b/a S & S TRUCKING, | ) ) ) |
| Defendant. | ) |

## **OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiff's Motion for Default Judgment (d/e 12). The Court has reviewed the Motion and other pleadings. The Complaint has been duly filed and served upon the Defendant, Kimberly M. Vuckovic d/b/a S & S Trucking, and the Defendant has failed to answer or otherwise plead within the statutory time frame.

THEREFORE, Plaintiff's Motion for Default Judgment (d/e 12) is ALLOWED. A Default Judgment is hereby entered in favor of the Plaintiff

and against Defendant, Kimberly M. Vuckovic d/b/a S & S Trucking, in the sum of $5,831.24, consisting of:

    A.    Delinquency contributions for the period of July 2004 through February 2005 in the amount of $2,232.75;

    B.    Attorney fees in the amount of $2,861.12, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2);

    C.    Liquidated damages in the amount of $267.93 and interest in the amount of $469.44, as provided by the trust agreements and 29 U.S.C. § 1132(g)(2); and

    D.    All costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: October 17, 2006.

    FOR THE COURT:

                      s/ Jeanne E. Scott
                        JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE