AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Thursday, 19 October, 2006  03:46:39 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ILLINOIS CONFERENCE OF**
**TEAMSTERS & EMPLOYERS'**
**WELFARE FUND,**
        **Plaintiff,**

    vs.                                                                           Case Number:  **05-3163**

**KIMBERLY M. VUCKOVIC**
**d/b/a S & S Trucking,**
        **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to the Opinion entered by Judge Jeanne E. Scott, Plaintiff's Motion for Default Judgment (d/e 12) is ALLOWED. Default Judgment is entered in favor of the Plaintiff and against the Defendant, in the sum of $5,831.24, consisting of delinquency contributions for the period of July 2004 through February 2005 in the amount of $2,232.75; attorney fees in the amount of $2,861.12, as provided by the trust agreements and ERISA, 29 U.S.C. § 1132(g)(2); liquidated damages in the amount of $267.93 and interest in the amount of $469.44, as provided by the trust agreements and 29 U.S.C. § 1132(g)(2); and all costs attendant to the cost of these proceedings.  Case is closed.--------------------------

ENTER this 19th day of October 2006

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Eddings
_____
BY:  DEPUTY CLERK