E-FILED
Tuesday, 03 April, 2007  10:11:54 AM
Clerk, U.S. District Court, ILCD

IL CONF OF TEAMSTERS )
)
)
vs. )
)
)
)
KIMBERLY M VUCKOVIC )

Case Number 053163

## AFFIDAVIT OF SERVICE OF SUMMONS OUTSIDE ILLINOIS

STATE of IOWA )
) ss.
County of Scott )

I am over 21 years of age and not a party to this case. I served the summons and a copy of the complaint upon defendant as follows:

(a) on defendant **KIMBERLY M VUCKOVIC**, by leaving a copy of the summons and of the complaint with the defendant personally on **03/29/2007**, at the hour of **16:57** at **12950 100 AV**, County of Scott.

(b) on defendant _____, by leaving on _____, at the hour of _____, a copy of the summons and complaint at _____, Scott County, _____, his usual place of abode with _____, a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending on _____ a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to the defendant at his usual place of abode.

(c) on defendant corporation _____, by leaving a copy of the summons and of the complaint _____ of the corporation on _____, at the hour of _____, at _____, County of Scott.

| | |
|---|---|
| Fees ........ $ | 15.00 |
| Mileage ..... $ | 23.28 |
| Copies ...... $ | 0.50 |
| Total ....... $ | 38.78 |

Scott County Sheriff Dennis Conard

by **0042 - DEP. BRIAN ALDRIDGE**
(Deputy Sheriff)

SIGNATURE REDACTED

signed and sworn to before me
3/29/07 , 20___

_____
(Notary Public)

SUNNY BLAESI
Commission Number 727427
My Commission Expires
3-15-10